IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| VITALSOURCE TECHNOLOGIES, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3-20-cv-00588 |
| | ) | JUDGE RICHARDSON |
| CHEGG, INC., | ) | |
| Defendant. | ) | |

## ORDER

The parties have filed a Joint Stipulation of Dismissal (Doc. No. 38). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation of Dismissal sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that all claims in this action have been **DISMISSED** with prejudice, and the Clerk is directed to close the file. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_Eli Richardson_
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE